*FLN (Rev. 3/2007) Deficiency Order*     Page 1 of 1
*3:07cv447/MCR/MD - ROBERT THEODORE WEIDOW vs. SHERRY CAMPBELL*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ROBERT THEODORE WEIDOW

      vs                        Case No.3:07cv447/MCR/MD

SHERRY CAMPBELL ET AL.

## ORDER

Your document, was referred to the undersigned with the following deficiencies:

> The document does not have an original signature or proper electronic signature.

> Your document is not properly captioned for this court. Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading. The body of your pleading should state the nature of your request and what you want the court to do for you.

> For these reasons, IT IS ORDERED:

XX    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

XX    Other: Plaintiff has merely written "I appeal" on a copy of the court's order denying his motion for leave to proceed *in forma pauperis*. This matter is currently before the district judge for consideration, and no final appealable order has been entered at this time. Once such an order is entered, if plaintiff wishes to appeal, he should file a timely and proper "Notice of Appeal."

DONE and ORDERED this 15th day of January, 2008.

                                                 /s/ *Miles Davis*
                                           UNITED STATES MAGISTRATE JUDGE