## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**DR. ROBERT THEODORE WEIDOW,**
    **Plaintiff,**

**vs.**                                                                 **3:07cv447/MCR/MD**

**OKALOOSA COUNTY, FLORIDA, et al.,**
    **Defendants.**
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 11, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      This cause is DISMISSED WITHOUT PREJUDICE to its refiling accompanied by the payment of the full $350.00 filing fee.

DONE AND ORDERED this 25th day of March, 2007.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**